UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOMINIK YERLY,<br><br>     Plaintiff,<br><br> v.<br><br>PIERCE COUNTY, et al.,<br><br>     Defendants. | Case No. 3:23-cv-5752-JCC-TLF<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $402.00 Court filing fee.

Plaintiff filed a Motion to Waive Prison Trust Account Statement. Dkt. 4. Plaintiff also filed a Notice of Change of Address that appears to indicate that he is no longer incarcerated. Dkt. 3. Accordingly, he is no longer required to file a prison trust account statement and his motion is DENIED as moot. *See* 28 U.S.C. § 1915(h).

Dated this 6th day of September, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1